**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>TABITHA ANN PRICE, <br><br>　　　　　　Defendant. | CASE NO. 1:06-cv-0112-SEB-VSS <br><br> Hon. Sarah Evans Barker |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.　Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Ten Thousand Five Hundred Dollars ($10,500.00).

2.　Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred Thirty Five Dollars. ($ 335.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "A Place For My Head," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Best Friends," on album "Supa Dupa Fly," by artist "Missy Elliot" (SR# 245-232);
- "Just Like Me," on album "My Way," by artist "Usher" (SR# 257-730);
- "Girls Dem Sugar," on album "Art And Life," by artist "Beenie Man" (SR# 284-383);
- "If You Had My Love," on album "On The 6," by artist "Jennifer Lopez" (SR# 267-571);
- "Gimme All Your Lovin'," on album "Eliminator," by artist "ZZ Top" (SR# 45-132);
- "Falling Away from Me," on album "Issues," by artist "Korn" (SR# 276-133);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: June 23, 2006        By: _____
                                                       Hon. Sarah Evans Barker
                                                       United States District Judge